IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RODOLFO CISNEROS D/B/A | § | |
| AAA ESTRELLA BLANCA | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| | § | |
| PATRICIA MARIA DEL CARMEN | § | |
| MALDONADO GUTIERREZ as | § | |
| Agent for "CNA MEXICO S.DE R.L. | § | |
| DE C.V.." "CNA MEXICO S.DE R.L. | § | |
| DE C.V." | § | |

**B - 01 - 182**

## NOTICE OF REMOVAL

The Defendants PATRICIA MARIA DEL CARMEN MALDONADO GUTIERREZ As Agent for "CNA MEXICO S.DE R.L. DE C.V.." and "CNA MEXICO S.DE R.L. DE C.V.", notice the removal of this suit from the District Court of Brownsville County, Texas, 107th Judicial District Court, to the United States District Court for the Southern District of Texas, Brownsville Division.

I.

This removal is pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Defendants assert the following facts to support removal and, in doing so, expressly reserve all other questions for the purpose of future pleadings.

II.

Plaintiffs, RODOLFO CISNEROS D/B/A AAA ESTRELLA BLANCA, filed this suit alleging breach of contract, fraud, and suit on sworn account against Defendants in the 107th District Court of Cameron

County, Texas, on October 8, 2001, with the cause being numbered C-
2001-10-4372-A.  Defendants were not served with the Plaintiffs'
Original Petition.  Some time thereafter, Patricia Maldonado
received a faxed copy of Plaintiff's Petition. The time allowed by
law to remove has not expired since receipt by Defendants of a copy
of the amended petition.

III.

Defendant PATRICIA MARIA DEL CARMEN MALDONADO GUTIERREZ is a
resident of Mexico and does not maintain a residence or presence in
Texas or the United States. Defendant CNA MEXICO S.DE R.L. DE C.V.
is a Mexican corporation with its principal place of business in
Mexico and does not maintain an office or presence in Texas or the
United States.  Removal is therefore proper pursuant to 28 U.S.C.
§ 1441 based on diversity of citizenship.

IV.

Defendants present a certified copy of the District Court's
file, underlying process, pleadings, and orders served in the state
court action, attached as Exhibit "A," together with an index for
the various state court pleadings and the Notice of a Removal
served upon Plaintiff's attorney of record.

In accordance with the above, Defendants, PATRICIA MARIA DEL
CARMEN MALDONADO GUTIERREZ As Agent for "CNA MEXICO S.DE R.L. DE
C.V.." and "CNA MEXICO S.DE R.L. DE C.V.", pray that this Court
enter such further order and grant such further relief as may be

necessary to secure removal herein and to prevent further proceedings in the 107th District Court of Cameron County, Texas.

Defendants further pray for such other relief as they are justly entitled to receive.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
   & ZABARTE, L.L.P
100 North Expressway 83
Brownsville, Texas  78521-2284
Telephone: (956) 546-3731
Telecopier: (956) 546-3766

BY:   _Robert A. Whittington_
      Robert A. Whittington
      State Bar No. 21404700

BY:   _____
      Francisco J. Zabarte
      State Bar No. 22235300
      Federal Admission No. 10747

ATTORNEYS FOR DEFENDANTS
PATRICIA MARIA DEL CARMEN
MALDONADO GUTIERREZ As Agent
for "CNA MEXICO S.DE R.L. DE
C.V.." and "CNA MEXICO S.DE
R.L. DE C.V."

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument has been served on opposing counsel, Mr. Carlos H. Cisneros, CISNEROS & MATTINGLY, P.C. 845 E. Harrison, Suite A, Brownsville, Texas 78041 on this ___19th___ day of October , 2001, via U.S. certified mail, return receipt requested *and via fax.*

Francisco J. Zabarte

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 9 2001

Michael N. Milby
Clerk of Court

| RODOLFO CISNEROS D/B/A | § | |
| AAA ESTRELLA BLANCA | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-182 |
| | § | |
| | § | |
| PATRICIA MARIA DEL CARMEN | § | |
| MALDONADO GUTIERREZ as | § | |
| Agent for "CNA MEXICO S.DE R.L. | § | |
| DE C.V.." "CNA MEXICO S.DE R.L. | § | |
| DE C.V." | § | |

## INDEX OF PLEADINGS AND COUNSEL OF RECORD

Defendants, PATRICIA MARIA DEL CARMEN MALDONADO GUTIERREZ As Agent for "CNA MEXICO S.DE R.L. DE C.V.." and "CNA MEXICO S.DE R.L. DE C.V.", file this Index of Pleadings and Counsel of Record in accordance with Rule 3(J) of the local rules of the United States District Court for the Southern District of Texas.

## INDEX OF STATE COURT PLEADINGS

1. Index.

2. List of all counsel.

3. Clerk's Certificate.

4. Plaintiffs' Original Petition.

5. Plaintiff's Application for Temporary Restraining Order, Permanent Injunction and Order Setting Hearing with Affidavit of Attorney Cisneros.

6. Certificate of Cash in lieu of Bond.

7. Requested Citation for Defendants.

**EXHIBIT "A"**

8.    State Court Docket Sheet.

9.    Notice of Filing a Removal.

CübPDF - www.fastio.com

## COUNSEL OF RECORD

Plaintiff:        Carlos H. Cisneros
CISNEROS & MATTINGLY, P.C.
845 E. Harrison, Suite A
Brownsville, Texas 78520


Defendants:     Robert A. Whittington
Francisco J. Zabarte
SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P
100 North Expressway 83
Brownsville, Texas  78521-2284
Telephone: (956) 546-3731
Telecopier: (956) 546-3766

CAUSE NO.   2001-10-4372-A

RODOLFO   CISNEROS

IN THE DISTRICT COURT OF

VS

CAMERON COUNTY, TEXAS

PATRICIA MARIA DEL CARMEN
MALDONADO GUTIERREZ, ET AL

107TH JUDICIAL DISTRICT

CERTIFICATE OF CASH IN LIEU OF BOND

FILED _____ O'CLOCK ___ P
AURORA DE LA GARZA

OCT 0 9 2001

DISTRICT CO _____

STATE OF TEXAS       I

COUNTY OF CAMERON   I

I, AURORA DE LA GARZA, Clerk of the 107TH District Court of Cameron
County, Texas, do hereby certify that CARLOS H. CISNEROS

in the above entitled and numbered cause, in lieu of Bond, did on the
10TH day of OCTOBER , 2001 , deposit with me cash in the amount
of _____ $500.00 _____ , as required in the Judge's Fiat signed on
the 10TH day of OCTOBER , 2001 .

WITNESS MY HAND AND SEAL OF OFFICE, this 10TH day of OCTOBER ,
2001.

_____ GARZA,
_____, Cameron County, Texas

BY_____
                              Deputy

* ORIGINAL IN BOND FILE *



CM/PDF - www.fasiio.com

# CISNEROS & MATTINGLY, P.C.

*Attorneys at Law-Abogados*
**845 E. Harrison Street, Ste. A**
**Brownsville, Texas 78520**
**(956) 504-2260**
**Fax (956) 504-5988**

CARLOS H. CISNEROS _____ CHARLES E. MATTINGLY, JR. _____

October 8, 2001

*VIA HAND DELIVERY*

Mrs. Aurora De La Garza
District Clerk, Cameron County
Cameron County Courthouse
974 E. Harrison
Brownsville, Texas 78520

> RE:   **Plaintiff's Original Petition**; *Rodolfo Cisneros d/b/a AAA Estrella Blanca vs. Patricia Maria Del Carmen Maldonado Gutierrez as Agent for "CNA MÉXICO S. DE R.L DE C.V." and "CNA MÉXICO S. DE R. L DE C.V. ";* Cameron County, Texas
> *CMPC File No. 01-844-CC*

Dear Mrs. De La Garza:

Please find enclosed an original and three copies of **Plaintiff's Original Petition**, which are being submitted to your office for filing purposes in the above-referenced cause of action. We request that you file the original, "file" stamp our copy, and prepare the following two citations to be served on the Secretary of State for mailing to:

> Patricia Maria del Carmen Maldonado Gutierrez
> CNA de México
> Eje Sur No. 36
> Col. Paseo de Churubusco
> Delegacion Iztapalapa, México, D.F., C.P. 09030

and

> CNA México S. DE R.L. DE C.V.
> Eje Sur No. 36
> Col. Paseo de Churubusco
> Delegacion Iztapalapa, México, D.F., C.P. 09030.

*Mrs. Aurora De La Garza*
*Re: Rodolfo Cisneros' Original Petition*
*October 8, 2001*
*Page 2 of 2*

Also enclosed is an original and one copy each of **Plaintiff's Application for Temporary Restraining Order, Permanent Injunction and Order Setting Hearing**, which are also being submitted to your office for filing purposes in the above-referenced cause of action. We request that you present the originals to the judge and "file" stamp our copies.

Please issue Precept and Citation for Service of the TRO.

Enclosed is our firm's check for $332.00, which includes the cost of preparation of the two citations and service via certified mail, return receipt requested, and the fee necessary to prepare the two precepts and two citations. Also enclosed is our firm's check made out to the Secretary of State in the amount of $100.00 for service of the two citations.

Thank you in advance for your usual courtesies in these matters.

Sincerely,

*Cisneros & Mattingly, P.C.*

Carlos H. Cisneros

CHC/dll

CAUSE NO. *2001-10-4372-A*

| | | |
|---|---|---|
| RODOLFO CISNEROS D/B/A | § | IN THE DISTRICT COURT |
| AAA ESTRELLA BLANCA | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | *107*th JUDICIAL DISTRICT |
| | § | |
| PATRICIA MARIA DEL CARMEN | § | |
| MALDONADO GUTIERREZ as | § | |
| Agent for "CNA MÉXICO S. DE | § | |
| R.L DE C.V."and "CNA MÉXICO | § | |
| S. DE R.L DE C.V." | § | |
| *Defendants.* | § | CAMERON COUNTY, TEXAS |

## PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER, PERMANENT INJUNCTION AND ORDER SETTING HEARING

Rodolfo Cisneros d/b/a AAA Estrella Blanca, Movant/Plaintiff in this cause, by and through his attorney of record, Carlos H. Cisneros, has filed a verified Plaintiff's Original Petition and in connection therewith, has presented an *ex-parte* request for a Temporary Restraining Order, Permanent Injunction based on the reason and necessity as set forth in Plaintiff's affidavit attached hereto.

The Court having considered the allegations set forth in Plaintiff's Original Petition and Plaintiff's affidavit, herein attached as **EXHIBIT "A,"** is of the opinion that relief should be granted and the following orders are made to assist Plaintiff in collecting those contractually obligated monies presently due and owing to him and in preventing the loss of goods, specifically the inventory product presently in his possession, Plaintiff's only security for recovery.

IT IS THEREFORE ORDERED that CNA de México, its agents and/or representatives are Temporarily Restrained from:

1

1. having access to any, materials, whatsoever, including cable rolls, modulators, connectors, TAPS, receptors, destined for CNA de Mexico, and presently stored at the warehouse of Plaintiff Rodolfo Cisneros d/b/a AAA Estrella Blanca, located at 3547 East 14th Street, Brownsville, Cameron County, Texas 78520.

2. having access to any, materials, whatsoever, including cable rolls, modulators, connectors, TAPS, receptors, destined for CNA de Mexico, and presently stored at Best Forwarding, 504 E. Fronton Street, Brownsville, Cameron County, Texas, 78520.

4. removing, from any of the above described facilities, the aforementioned product, material or inventory, for any reason including the export, import, distribution, and/or sale of said product inventory, whether out of the US or into Mexico.

IT IS FURTHER ORDERED that Plaintiff Rodolfo Cisneros d/b/a AAA Estrella Blanca will retain physical possession of the product inventory at issue in this suit presently stored at his facility until such time a permanent injunction can be ordered and a full trial of Plaintiff's cause of action is concluded or an agreed resolution of Plaintiff's claim is reached by both parties.

IT IS FURTHER ORDERED that upon hearing of Plaintiff's Application for Temporary Restraining Order, a Permanent Injunction shall issue and will be ordered. It clearly appears from the facts set forth in the Verified Petition and Plaintiff's attached affidavit that unless CNA de México, Defendant, its agents, employees, and/or representatives, are immediately restrained from removing, transporting, exporting and selling the inventory stored in Plaintiff's warehouse facility, Defendants will commit the foregoing described acts before notice can be given and a hearing is had on Plaintiff's motion for permanent injunction; and that if the commission of these acts is not

2

restrained immediately, Plaintiff will suffer irreparable injury because he will not be able to recovery monies contractually and rightfully due him.

IT IS THEREFORE, ORDERED that CNA de México, its agents, employees, and/or its representatives, hereby are commanded forthwith to desist and refrain from any access whatsoever to the cable rolls, fiber optic inventory, and any other materials above-described, stored at  3547 East 14th Street, Brownsville, Texas, or at the Warehouse of Best Forwarding, from the date of entry of this order until and to the fourteenth day after entry or until further order of this Court.

IT IS FURTHER ORDERED that CNA de México, its agents, employees, and/or representatives, appear, for the permanent  injunction to be heard before the Honorable Judge _B. Questi_____, for the above-named Court, on _Oct. 22_,2001, at _8:30_ o'clock, _a_.m., in the courtroom for the _107th_ Judicial District Court, Brownsville, Cameron County, Texas, and then and there show cause, if any,  why a permanent injunction should not be issued as requested by Plaintiff.

IT IS FURTHER ORDERED that any person above the age of eighteen years of age, including the Secretary of State of Texas, constables, sheriffs, civil process servers, and who are not prohibited by law, may cause to be delivered and served the aforementioned document in accordance with the laws of the State of Texas.

IT IS FURTHER ORDERED that this order shall not be effective unless and until Plaintiff/Applicant executes and files with the Clerk a bond, whether cash, surety or attorney surety in conformity with the law, in the amount of $ _500.00_ U.S. dollars.

SIGNED this _8th_ day of _Oct_,2001, at _8:30_ o'clock, _a_.m.

_____
JUDGE PRESIDING

FILED _3:45_ O'CLOCK ___M
AURORA DE LA GARZA DIST. CLERK

OCT - 8 2001

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY
_Irene P. Garcia_

3

MAILED COPY TO ATTY
CARLOS H. CISNEROS 10/08/01

*Exhibit A*

CVISPDF - www.fastio.com

# AFFIDAVIT OF RODOLFO CISNEROS CAVAZOS

BEFORE ME, the undersigned authority, on this day personally appeared Rodolfo Cisneros Cavazos, known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath, states a follows:

"My name is Rodolfo Cisneros Cavazos. I am over the age of eighteen years, of sound mind, and capable of making this affidavit.

"On or about May 29, 2001, I entered into contract with Patricia Maria del Carmen Maldonado Gutierrez, as Agent for CNA de México Inc., and CNA de México Inc. to provide warehousing facility in Brownsville, Cameron County, Texas, equipped for the receipt, storage and transportation of the inventory product as described in Plaintiff's Application for Temporary Restraining Order into Mexico. I purchased a 24-month lease on the required facility, located at 3547 East 14th Street, Brownsville, Texas, at a cost of $51,600.00 and in order to further meet the contracted obligations, I began the acquisition of necessary implements, *i.e.*, a fork lift for $32,460.00, a computer system, renovations to the facility, a pallet jack. I expended $98.630.00 to put in place the facility and equipment in order to fulfill the contract requiring me to receive, to store and to transport, by importing through all legal means, the rolls of fiberoptic cable and other materials as heretofore described into Mexico.

"For approximately two or three months, I rendered services as specified in the contract without fail. I received, inventoried and delivered CNA's product timely, efficiently and expeditiously. At the end of the second month of the business relationship, Patricia Maria del Carmen Maldonado Gutierrez, as Agent for CNA de México Inc., and CNA de México Inc. started balking claiming that my services were costing Defendants too much money. This in light of the fact that I was only billing the five (5) percent specified in the contract. Without notice and due process, Defendants stopped using my services and started rerouting the product to other custom brokers in the area. Since then, I have had no work and am now in default with my creditors.

"Permanent injunction is the only means by which I can hold Defendants' inventory product as described in Plaintiff's Application for Temporary Restraining Order and stored at 3547 East 14th Street or Warehouse of Best Forwarding and thereby prevent Defendants' absconding with the

CSMPDF - www.texis.com

product to Mexico for distribution and sale.  The permanent injunction is the only means by which I can protect my assets and recover my losses.  If the described inventory product stored in my facilities is taken out of my possession, my legitimate cause of action is lost."

Rodolfo Cisneros Cavazos

SWORN TO AND SUBSCRIBED before me by the said Rodolfo Cisneros Cavazos, affiant on this the _____ day of _____, 2001, to certify which witness my hand and official seal.

Notary Public
My commission expires: _____

DAVID L. LOVETT
NOTARY
Exp. 4/6/2002
PUBLIC
STATE OF TEXAS

CAUSE NO. 2001-10-4372-A

| | | |
|---|---|---|
| RODOLFO CISNEROS D/B/A | § | IN THE DISTRICT COURT |
| AAA ESTRELLA BLANCA | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | 107th JUDICIAL DISTRICT |
| | § | AURORA DE LA GARZA DIST. CLERK |
| PATRICIA MARIA DEL CARMEN | § | |
| MALDONADO GUTIERREZ as Agent | § | OCT 0 8 2001 |
| for "CNA MÉXICO S. DE R.L DE C.V." | § | DISTRICT COURT OF CAMERON COUNTY, TEXAS |
| and "CNA MÉXICO S. DE R.L DE C.V."| § | |
| *Defendants.* | § | CAMERON COUNTY, TEXAS |

PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, **Rodolfo Cisneros d/b/a AAA Estrella Blanca**, and files this, his Plaintiff's Original Petition, under Texas Rules of Civil Procedure, Rule 190.3, Discovery Plan Level 2, complaining of **Patricia Maria del Carmen Maldonado Gutierrez, as Agent for CNA México S. DE R.L. DE C.V. and CNA México S. DE R.L. DE C.V.**, Defendants, and for cause of action would respectfully show the Court the following:

I.

PARTIES

Plaintiff, **Rodolfo Cisneros d/b/a AAA Estrella Blanca**, engages in business in Cameron County, Texas. Furthermore, Plaintiff's cause of action accrued here in Cameron County, Texas. Defendants, **Patricia Maria del Carmen Maldonado Gutierrez, as Agent for CNA de México Inc., and CNA de México Inc.**, are nonresidents who engage in business in this state. The defendants do not maintain a regular place of business in this state or a designated agent for service of process. This lawsuit, in which **Patricia Maria del Carmen Maldonado Gutierrez, as Agent for CNA de México Inc., and CNA de México Inc.**, are parties, arises out of the business done in this state. For these reasons, citation should be served on the Secretary of State of Texas under TEX. CIV. PRAC. & REM. CODE § 17.044(b). A copy of the citation and petition should be mailed by the Secretary of State to Defendants, **Patricia Maria del Carmen Maldonado Gutierrez, as Agent**

1

for **CNA de México Inc., and CNA de México Inc.**, at Eje Sur No. 36, Col. Paseo de Churubusco, Delgacion Iztapalapa, México, D.F., C.P. 09030.

## II.

## VENUE

Venue is proper in Cameron County, Texas, pursuant to TEX. CIV. PRAC. & REM. CODE ANN. §§ 15.002 and 15.003 (Vernon 1998) as the cause of action accrued in Cameron County, Texas.

## III.

## BACKGROUND FACTS

On or about May 29, 2001, Defendants induced Plaintiff to enter into a contract to provide warehousing facility in Brownsville, Cameron County, Texas, equipped for the receipt, storage and transportation of fiberoptic cable into Mexico. Plaintiff purchased a 24-month lease on the required facility, located at 3547 East 14th Street, Brownsville, Texas, at a cost of $51,600.00 and in order to further meet his contracted obligations, began the acquisition of necessary implements, *i.e.*, a fork lift for $32,460.00, a computer system, renovations to the facility, a pallet jack. Plaintiff expended $98.630.00 to put in place the facility and equipment in order to fulfill the contract requiring him to receive, to store and to transport, by importing through all legal means, the rolls of fiberoptic cable and other related materials into Mexico.

For two months, Plaintiff rendered services as specified in the contract without fail. Plaintiff received, inventoried and delivered CNA's product timely, efficiently and expeditiously. At the end of the second month of the business relationship, Defendants started balking at Plaintiff "in that his services were costing Defendants too much money." This in light of the fact that Plaintiff was only billing the five (5) percent specified in the contract. Without notice and due process, Defendants stopped using Plaintiff's services and started rerouting the product to other custom brokers in the area. Since then, Plaintiff has had no work and is now in default with all his creditors. As a result of CNA's no longer utilizing Plaintiff's services, CNA de México defaulted on the binding contract entered into with Plaintiff, and CNA de México has been notified of said default.

Plaintiff hereby sues for Fraud, Breach of Contract, Suit on a Sworn Account, and all interest accrued from the moment Defendants breached the agreement entered into.

2

## IV.

## FIRST CAUSE OF ACTION

## BREACH OF CONTRACT

Plaintiff contracted with Defendant CNA de México through its agent and/or representative, Defendant Patricia Maria del Carmen Maldonado Gutierrez, as outlined above, ¶ III.

Plaintiff alleges that Defendant CNA de México, through its agents and/or representatives, stopped using Plaintiff's facility and services as contractually agreed and started rerouting the product to other custom brokers in the area. Due to Defendants' default on the binding contract with Plaintiff, Plaintiff has had no work and is now in default with all his creditors. Plaintiff further alleges that he did not receive what he bargained for, as a result of Defendants' failure to utilize Plaintiff's facility and services. Thus, Defendant CNA de México, its agents and/or representatives, Defendant Patricia Maria del Carmen Maldonado Gutierrez breached the contract for services entered into. Plaintiff relied, to his detriment and loss, on Defendants' representations and put in place the facility and equipment in order to fulfill his contractual obligation.

## V.

As a result of the conduct described in the above paragraphs, Plaintiff alleges that Defendant CNA de México, its agent and/or representative, Defendant Patricia Maria del Carmen Maldonado Gutierrez breached the contract for the provision to Plaintiff of fiberoptic cable, its receipt, storage and transportation, and as a result Plaintiff has been damaged in a sum in excess of the minimum jurisdictional limits of this Court for which Plaintiff hereby sues.

## VI.

## SECOND CAUSE OF ACTION

## FRAUD & NEGLIGENT MISREPRESENTATION

Defendants are liable to Plaintiff for Fraud. Defendants acted unconscionably and with fraud when intentionally taking advantage of Plaintiff by misleading Plaintiff into believing that Defendants would utilize Plaintiff's facility and equipment to receive, to store and to transport, by importing through all legal means, the rolls of fiberoptic cable into Mexico.

Defendants negligently misrepresented to Plaintiff that Defendants would utilize Plaintiff's facility and equipment to receive, to store and to transport, by importing through all legal means, the

CVisPDF - www.fssto.com

rolls of fiberoptic cable into Mexico.  In fact, Defendants knew that their proposed utilization of Plaintiff's facility and equipment would be short-lived.

Defendants' unconscionable conduct, outright fraud, resulted in severe economic injuries to Plaintiff.

For such deliberately fraudulent actions, Defendants are liable to Plaintiff for any and all injuries, costs, expenses, and other damages which resulted proximately or directly from Defendants' egregious misconduct.

Defendants misrepresented that they would utilize Plaintiff's facility and equipment, when this was false.  At the time these misrepresentations were made, Defendants knew them to be false and were made with the intention to have Plaintiff rely on said misrepresentations.  Plaintiff was injured as a result of relying on Defendants' misrepresentations.

More specifically, Plaintiff alleges Defendants: (1) made representation to Plaintiff; (2) the representation was material; (3) the representation was false; (4) at the time Defendants made the false representation to Plaintiff, Defendants either knew the representation was false or made the representation recklessly, as a positive assertion, and without knowledge of its truth; (5) made the representation with the intent that Plaintiff act on it; (6) Plaintiff relied on the representation, and; (7) the representation caused Plaintiff injury.  Defendant Patricia Maria del Carmen Maldonado Gutierrez, as Agent for CNA de México and Defendant CNA de México are responsible for the specific injuries outlined above and detailed in ¶ ¶ III. & IV.  By reason of the foregoing economic injuries, Plaintiff has incurred damages in the amount of $1,000,000 [ONE MILLION DOLLARS].

## VII.

## SUIT ON SWORN ACCOUNT

This suit is based, in part, upon the sworn account provisions of TRCP 185.

## VIII.

## CLAIM FOR ATTORNEYS' FEES

As a result of Defendant's default under the terms of the agreement and as previously set forth, Rodolfo Cisneros d/b/a AAA Estrella Blanca has been compelled to seek the services of the undersigned firm of attorneys to recover this debt.  Pursuant to the terms of Defendant's and Plaintiff's contract for Plaintiff to provide for the receipt, storage, and transportation of cable to CNA

de México and of § 38.001, *et seq*. of the Texas Civil Practice and Remedies Code, Plaintiff now seeks reimbursement of all reasonable attorney's fees incurred to prosecute his claims.

IX.

**NOTICE**

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

WHEREFORE, PREMISES CONSIDERED, Plaintiff Rodolfo Cisneros d/b/a AAA Estrella Blanca prays that this Court:

a)    Award Plaintiff Rodolfo Cisneros d/b/a AAA Estrella Blanca all amounts due and owing under the contract;

b)    Award Plaintiff Rodolfo Cisneros d/b/a AAA Estrella Blanca his reasonable attorney's fees and costs of Court incurred herein;

c)    Award Plaintiff Rodolfo Cisneros d/b/a AAA Estrella Blanca pre- and post-judgment interest at the rate provided by the contract, and;

d)    Award such further relief, both special and general, legal and equitable, to which Plaintiff Rodolfo Cisneros d/b/a AAA Estrella Blanca may show himself justly entitled.

Respectfully Submitted,

BY: _____
Carlos H. Cisneros
Bar No. 00793508
845 E. Harrison St., Ste. "A"
Brownsville, Texas 78520
Tel. (956) 504-2260
Fax (956) 504-5988

*CISNEROS & MATTINGLY, P.C.,*
*ATTORNEYS FOR PLAINTIFF,*
*RODOLFO CISNEROS*
*D/B/A ESTRELLA BLANCA*

5

## VERIFICATION OF ACCOUNT

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, who swore on oath that the following statements are true:

My name is Carlos H. Cisneros, and I am the attorney for Plaintiff Rodolfo Cisneros d/b/a AAA Estrella Blanca in the above-styled matter and am submitting this verification pursuant to the provisions of TRCP 185. The claim made the basis of this suit is within my knowledge within the context of my representative capacity of Plaintiff and based upon the documents and representations of same, is just and true, is currently due, and that all just and lawsuit offsets, payments and credits have been allowed.

Carlos H. Cisneros, Attorney for Plaintiff Rodolfo Cisneros d/b/a AAA Estrella Blanca

SIGNED AND SWORN TO before me on this the 8th day of October, 2001.

DAVID L. LOVETT
NOTARY
Exp. 4/6/2002
PUBLIC
STATE OF TEXAS

Notary Public, State of Texas

7

Precept to Serve

Lit. Seq. # <u>5.002.01</u>

No. <u>2001-10-004372-A</u>

**ORIGINAL**

T H E   S T A T E   O F   T E X A S

<u>RODOLFO CISNEROS</u>

In The District Court

<u>VS.</u>

<u>107th</u> Judicial District

<u>PATRICIA MARIA DEL CARMEN MALDONADO GUTIERREZ</u>

Cameron County, Texas

TO THE SHERIFF OR ANY CONSTABLE OF ANY COUNTY OF THE STATE OF TEXAS (OR ANY OFFICER OR PERSON AUTHORIZED TO SERVE CITATIONS), GREETING:

YOU ARE HEREBY COMMANDED that you serve
<u>PATRICIA MARIA DEL CARMEN M. GUTIERREZ</u>
<u>CNA DE MEXICO,EJE SUR NO.36</u>
<u>COL.PASEO DE CHURUBUSCO</u>
<u>DELEGACION IZTAPALAPA,MEXICO</u>
<u>D.F.,C.P.09030 BY SERVING THE SECRETARY OF STATE (STATUTORY DOCUMENTS)</u>
<u>P.O. BOX 12079 AUSTIN, TEXAS 78711-2079</u>

the _____<u>DEFENDANT</u>_____ in the above numbered and entitled cause with the

accompanying certified copy of

<u>PLAINTIFFS APPLICATION FOR TEMPORARY RESTRAINING ORDER,PERMANENT INJUNCTION,</u>
<u>ORDER SETTING HEARING AND A COPY OF PLAINTIFFS ORIGINAL PETITION</u>

HEREIN FAIL NOT, but of this Writ make due return showing how you have
executed the same.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, this the <u>9th</u> day of
<u>OCTOBER</u>, A.D. <u>2001</u>.

ATTEST: HONORA DE LA GARZA _____, Clerk, District Courts
Cameron County, Texas

_____, Deputy
RICK M. CORNEJO

ATTORNEY:
<u>HON. CARLOS H. CISNEROS</u>
<u>845 EAST HARRISON STREET STE A</u>
<u>BROWNSVILLE, TEXAS    78520</u>

---

**ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE**

Rule 106 (a)(2):  The citation shall be served by mailing to the defendant by Certified Mail,

**CERTIFICATE OF DELIVERY OF MAIL**

I hereby certify that on the <u>9th</u> of
<u>OCTOBER</u> <u>2001</u>, I mailed to

<u>PATRICIA MARIA DEL CARMEN M. GUTIERREZ</u>

Precept to Serve                           Lit. Seq. # 5.002.01

No. 2001-10-004372-A                    **ORIGINAL**

T H E   S T A T E   O F   T E X A S

RODOLFO CISNEROS                          In The District Cour

VS.                                       107th Judicial Distric

PATRICIA MARIA DEL CARMEN MALDONADO GUTIERREZ        Cameron County, Texa

TO THE SHERIFF OR ANY CONSTABLE OF ANY COUNTY OF THE STATE OF TEXAS (OR ANY OFFICER OR PERSON AUTHORIZED TO SERVE CITATIONS), GREETING:

YOU ARE HEREBY COMMANDED that you serve
PATRICIA MARIA DEL CARMEN M. GUTIERREZ
CNA DE MEXICO,EJE SUR NO.36
COL.PASEO DE CHURUBUSCO
DELEGACION IZTAPALAPA,MEXICO
D.F.,C.P.09030 BY SERVING THE SECRETARY OF STATE (STATUTORY DOCUMENTS)
P.O. BOX 12079 AUSTIN, TEXAS 78711-2079

the    DEFENDANT    in the above numbered and entitled cause with the

accompanying certified copy of

PLAINTIFFS APPLICATION FOR TEMPORARY RESTRAINING ORDER,PERMANENT INJUNCTION,
ORDER SETTING HEARING AND A COPY OF PLAINTIFFS ORIGINAL PETITION

HEREIN FAIL NOT, but of this Writ make due return showing how you have

executed the same.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, this the  9th day (

OCTOBER , A.D. 2001.

ATTEST: AURORA DE LA GARZA    , Clerk, District Court
                      Cameron County, Texas

                      RICK M. CORNEJO          , Deputy

ATTORNEY:
HON. CARLOS H. CISNEROS
845 EAST HARRISON STREET STE A
BROWNSVILLE, TEXAS    78520
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE | CERTIFICATE OF DELIVERY OF MAIL |
|---|---|
| Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true | I hereby certify that on the  9th of OCTOBER  2001,  I mailed to PATRICIA MARIA DEL CARMEN M. GUTIERREZ |

Citation for Personal Service  - BY CERTIFIED MAIL    Lit. Seq. # 5.002.01

No. 2001-10-004372-A        **ORIGINAL**

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: PATRICIA MARIA DEL CARMEN M. GUTIERREZ
CNA DE MEXICO,EJE SUR NO.36
COL.PASEO DE CHURUBUSCO
DELEGACION IZTAPALAPA,MEXICO D.F..C.P.09030
the       DEFENDANT       , BY SERVING IN DUPLICATE COPIES TO THE
SECRETARY OF STATE (STATUTORY DOCUMENTS)
P. O. BOX 12079 AUSTIN, TX  78711-2079                    , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFFS ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20

days after the date of service of this citation before the Honorable District

Court 107th Judicial District of Cameron County, Texas at the Courthouse of said

county in Brownsville, Texas.  Said _____ PETITION _____ was filed on

OCTOBER 08, 2001 .  A copy of same accompanies this citation.

The file number of said suit being No. 2001-10-004372-A.

The style of the case is:

RODOLFO CISNEROS
VS.
PATRICIA MARIA DEL CARMEN MALDONADO GUTIERREZ

Said petition was filed in said court by _____ HON. CARLOS H. CISNEROS

(Attorney for _____ PLAINTIFF _____ ), whose address is

845 EAST HARRISON STREET STE A BROWNSVILLE, TEXAS     78520          .

The nature of the demand is fully shown by a true and correct copy of the

Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to

requirements of law, and the mandates thereof, and make due return as the law

Citation for Personal Service  - BY CERTIFIED MAIL     Lit. Seq. # 5.002.01

No. 2001-10-004372-A        **ORIGINAL**

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: PATRICIA MARIA DEL CARMEN M. GUTIERREZ
CNA DE MEXICO,EJE SUR NO.36
COL.PASEO DE CHURUBUSCO
DELEGACION IZTAPALAPA,MEXICO D.F.,C.P.09030
the        DEFENDANT       , BY SERVING IN DUPLICATE  COPIES TO THE
SECRETARY OF STATE (STATUTORY DOCUMENTS)
P. O. BOX 12079 AUSTIN, TX  78711-2079                      , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFFS ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20

days after the date of service of this citation before the Honorable District

Court 107th Judicial District of Cameron County, Texas at the Courthouse of said

county in Brownsville, Texas.  Said        PETITION       was filed on

OCTOBER 08, 2001 .  A copy of same accompanies this citation.

The file number of said suit being No. 2001-10-004372-A.

The style of the case is:

RODOLFO CISNEROS
VS.
PATRICIA MARIA DEL CARMEN MALDONADO GUTIERREZ

Said petition was filed in said court by        HON. CARLOS H. CISNEROS

(Attorney for          PLAINTIFF          ), whose address is

845 EAST HARRISON STREET STE A BROWNSVILLE, TEXAS    78520          .

The nature of the demand is fully shown by a true and correct copy of the

Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to

requirements of law, and the mandates thereof, and make due return as the law

Precept to Serve                                      Lit. Seq. # 5.003.01

No. 2001-10-004372-A

T H E   S T A T E   O F   T E X A S          **ORIGINAL**


RODOLFO CISNEROS                                In The District Court

VS.                                 107th Judicial District

PATRICIA MARIA DEL CARMEN MALDONADO GUTIERREZ    Cameron County, Texas


TO THE SHERIFF OR ANY CONSTABLE OF ANY COUNTY OF THE STATE OF TEXAS (OR ANY
OFFICER OR PERSON AUTHORIZED TO SERVE CITATIONS), GREETING:

YOU ARE HEREBY COMMANDED that you serve
"CNA MEXICO S. DE R.L. DE C.V."
EJE SUR NO.36
COL. PASEO DE CHURUBUSCO
DELEGACION
IZTAPALAPA, MEXICO,D.F.,C.P.09030,BY SERVING THE SECRETARY OF STATE
(STATUTORY DOCUMENTS)P.O. BOX 12079 AUSTIN, TEXAS 78711-2079

the ____DEFENDANT____ in the above numbered and entitled cause with the

accompanying certified copy of

PLAINTIFFS APPLICATION FOR TEMPORARY RESTRAINING ORDER,PERMANENT INJUNCTION
AND ORDER SETTING HEARING AND A COPY OF PLAINTIFFS ORIGINAL PETITION


HEREIN FAIL NOT, but of this Writ make due return showing how you have

executed the same.


ISSUED AND GIVEN UNDER MY HAND and seal of said Court, this the 10th day of

OCTOBER , A.D. 2001.

ATTEST: ____AURORA DE LA GARZA____ , Clerk, District Courts
Cameron County, Texas

____RICK M. CORNEJO____ , Deputy

ATTORNEY:
HON. CARLOS H. CISNEROS
845 EAST HARRISON STREET STE A
BROWNSVILLE, TEXAS   78520

---

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE | CERTIFICATE OF DELIVERY OF MAIL |
|---|---|

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the 10th of

OCTOBER 2001,  I mailed to

ATTACH RETURN RECEIPTS WITH
ADDRESSEE'S SIGNATURE

Rule 106 (a)(2):  The citation
shall be served by mailing to
the defendant by Certified Mail,
Return Receipt Requested, a true
copy of the citation

"CNA MEXICO S. DE R.L. DE C.V."

by registered mail or certified mail  with

Citation for Personal Service - BY CERTIFIED MAIL   Lit. Seq. # 5.003.01

No. 2001-10-004372-A

T H E   S T A T E   O F   T E X A S   ORIGINAL

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: "CNA MEXICO S. DE R.L. DE C.V."
EJE SUR NO.36,COL. PASEO DE
CHURUBUSCO,DELEGACION
IZTAPALAPA,MEXICO D.F.,C.P.09030
the _____ DEFENDANT _____, BY SERVING IN DUPLICATE COPIES TO THE
SECRETARY OF STATE (STATUTORY DOCUMENTS)
P. O. BOX 12079 AUSTIN, TX  78711-2079 _____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFFS ORIGINAL PETITION
_____

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20

days after the date of service of this citation before the Honorable District

Court 107th Judicial District of Cameron County, Texas at the Courthouse of said

county in Brownsville, Texas.  Said _____ PETITION _____ was filed on

OCTOBER 08, 2001 .  A copy of same accompanies this citation.

The file number of said suit being No. 2001-10-004372-A.

The style of the case is:

RODOLFO CISNEROS
VS.
PATRICIA MARIA DEL CARMEN MALDONADO GUTIERREZ

Said petition was filed in said court by _____ HON. CARLOS H. CISNEROS _____

(Attorney for _____ PLAINTIFF _____), whose address is

845 EAST HARRISON STREET STE A BROWNSVILLE, TEXAS   78520 _____.

The nature of the demand is fully shown by a true and correct copy of the

Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to

requirements of law, and the mandates thereof, and make due return as the law

directs.

# CIVIL DOCKET - JUDGE'S ENTRIES

## RULE 26-TRCP

RUN DATE   X

RUN TIME  01-

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTI|
|---|---|---|
| RODOLFO CISNEROS<br><br>VS | 00438001<br>HON. CARLOS H. CISNEROS<br>845 EAST HARRISON STREET STE A<br>BROWNSVILLE, TEXAS      78520 0000 | (10)<br><br>SUIT ON ACCOUN |
| PATRICIA MARIA DEL CARMEN MALDONADO GUTIERREZ | | |

| DATE OF ORDERS | COURT'S DOCKET (Rule 26, TRCP) |
|---|---|
| | |