**COPY**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOV 0 2 2001
Michael N. Milby
Clerk of Court

| | |
|---|---|
| RODOLFO CISNEROS D/B/A § <br> AAA ESTRELLA BLANCA § <br> *Plaintiff,* § <br> § <br> vs. § <br> § <br> PATRICIA MARIA DEL CARMEN § <br> MALDONADO GUTIERREZ as Agent § <br> for "CNA MÉXICO S. DE R.L DE C.V." § <br> and "CNA MÉXICO S. DE R.L DE C.V."§ <br> *Defendants.* § | CIVIL ACTION NO. B-01-182 |

## ENTITIES FINANCIALLY
## INTERESTED IN THIS LITIGATION

Pursuant to **Order Setting Conference**, No. 2, are listed all entities known to Plaintiff that are financially interested in this litigation:

Rodolfo Cisneros d/b/a AAA Estrella Blanca
3547 East 14th Street
Brownsville, Texas

Best Forwarding
504 E. Fronton Street
Brownsville, Texas

Patricia Maria del Carmen Maldonado Gutierrez
CNA de México
Eje Sur No. 36
Col. Paseo de Churubusco
Delegacion Iztapalapa, México, D.F., C.P. 09030

CNA México S. DE R.L. DE C.V.
Eje Sur No. 36
Col. Paseo de Churubusco
Delegacion Iztapalapa, México, D.F., C.P. 09030.

1

Respectfully submitted,

BY: _____
Carlos H. Cisneros
Attorney-in-Charge
State Bar No. 00793508
Federal I.D. No. 21865
845 E. Harrison St., Ste. "A"
Brownsville, Texas 78520
Tel. (956) 504-2260
Fax (956) 504-5988

*CISNEROS & MATTINGLY, P.C.,*
*ATTORNEYS FOR PLAINTIFF,*
*RODOLFO CISNEROS*
*D/B/A AAA ESTRELLA BLANCA*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was on this the 2nd day of November, 2001, served via Certified Mail, return receipt requested, 7099 3400 0015 1921 0362, to the following parties or attorneys pursuant to Rules 20 and 21a of the Texas Rules of Civil Procedure:

Hon. Francisco J. Zabarte
**SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.**
100 North Expressway 83
Brownsville, Texas 78521-2284.

BY: _____
**Carlos H. Cisneros**

2