

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



NOV 0 6 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RODOLFO CISNEROS D/B/A § <br> AAA ESTRELLA BLANCA § <br> PLAINTIFF § <br> § <br> VS. § <br> § <br> § <br> PATRICIA MARIA DEL CARMEN § <br> MALDONADO GUTIERREZ as § <br> Agent for "CNA MEXICO S.DE R.L. § <br> DE C.V.." "CNA MEXICO S.DE R.L. § <br> DE C.V." § | CIVIL ACTION NO. B-01-182 |

## ENTITIES FINANCIALLY INTERESTED IN THIS LITIGATION

Pursuant to this Honorable Court's scheduling order, enclosed are the following:

Entities known to Defendant that are better financially interested in this litigation:

Rodolfo Cisneros D/B/A
AAA Estrella Blanca
3547 East 14th Street, Suite A & B
Brownsville, Texas

and  AAA Estrella Blanca
Guerrero 2 y 3 No. 29-B
Zona Centro
H. Matamoros, Tamps.
CP 87300

Patricia Maria Del Carmen Maldonado Gutierrez
CNA de Mexico
Eje Cinco Sur No. 36
Col. Paseo de Churubusco
Delegacion Iztapalapa, Mexico, D.F., C.P. 09030

CNA Mexico S. de R.L. de C.V.
Eje Cinco Sur No. 36
Col. Paseo de Churubusco
Delegacion Iztapalapa, Mexico, D.F., C.P. 09030

Respectfully submitted,
SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P
100 North Expressway 83
Brownsville, Texas 78521-2284
Telephone: (956) 546-3731
Telecopier: (956) 546-3766

BY: *Robert Whittington wpermission JZ*
Robert A. Whittington
State Bar No. 21404700

BY: *[signature]*
Francisco J. Zabarte
State Bar No. 22235300
Federal Admission No. 10747

ATTORNEYS FOR DEFENDANTS PATRICIA MARIA DEL CARMEN MALDONADO GUTIERREZ As Agent for "CNA MEXICO S. DE R.L. DE C.V.." and "CNA MEXICO S. DE R.L. DE C.V."

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on opposing counsel, Mr. Carlos H. Cisneros, CISNEROS & MATTINGLY, P.C. 845 E. Harrison, Suite A, Brownsville, Texas 78041 on this 6th day of November, 2001, via U.S. certified mail, return receipt requested.

*[signature]*
Francisco J. Zabarte