UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

RODOLFO CISNEROS               §
                               §
                               §
versus                         §    CIVIL ACTION NO: B: 01-182
                               §
                               §
PATRICIA MARIA DEL CARMEN      §
MALDONADO GUTIERREZ

## Order Resetting Conference

The initial pre-trial conference set for *February 18, 2002,* has been reset to:

## February 25, 2002 at 2:30 p.m.

Signed on __January 10__, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge