IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Rodolfo Cisneros d/b/a<br>AAA Estrella Blanca,<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-01-182 |
| Patricia Maria del Carmen Maldonado<br>Gutierrez as Agent for "CNA Mexico<br>S. De R.L. de CV" and "CNA Mexico<br>S. De R.L. de C.V.",<br>    Defendant. | §<br>§<br>§<br>§<br>§ | |

## ORDER

BE IT REMEMBERED that on February 7, 2002, the Court considered the Parties' Joint Discovery / Case Management Plan [Dkt. No. 8], in which they indicate that the Parties do not object to trial before a magistrate judge [¶ 16].

If the Parties submit a signed Consent to Proceed Before a Magistrate Judge by 4:00 p.m. on February 15, 2002, initial pretrial conference in the Court will be taken off the docket and reset by Magistrate Judge Felix Recio. However, if the Parties fail to sign and return the consent form, initial pretrial conference will proceed as scheduled on Monday, February 25, 2002.

DONE at Brownsville, Texas, this 7th day of February, 2002.

Hilda G. Tagle
United States District Judge