# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

RODOLFO CISNEROS   d/b/a
AAA ESTRELLA BLANCA,

         Plaintiffs,

*versus*

PATRICIA MARIA DEL CARMEN MALDONADO
GUTIERREZ AS AGENT FOR "CNA MEXICO
S. DE R.L. DE C.V." AND "CNA
MEXICO S. DE R.L. DE C.V."
         Defendants.

§
§
§
§
§
§
§
§
§

CIVIL ACTION   B-  01-182

United States District Court
Southern District of Texas
ENTERED

FEB 2 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Consent to Proceed Before a Magistrate Judge

     All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment.  28 U.S.C. § 636(c).

Carlos H. Cisneros
Attorney of Plaintiffs

Robert A. Whittington
Attorney for Defendants

Francisco J. Zabarte
Attorney for Defendants

## Order to Transfer

     This case is transferred to United States Magistrate Judge _FELIX RECIO_ _____ to conduct all further proceedings, including final judgment.

2/21/02
Date

United States District Judge