# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

| | |
|---|---|
| RODOLFO CISNEROS | * |
| d/b/a AAA ESTRELLA BLANCA | * |
| | * |
| vs | * CIVIL ACTION NO. B-01-182 |
| | (636(c)) |
| PATRICIA MARIA DEL CARMEN | * |
| MALDONADO GUTIERREZ, ET AL | * |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### INITIAL PRETRIAL CONFERENCE

**February 25, 2002, @ 2:30 P.M.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   UNITED STATES DISTRICT COURT
         600 E. Harrison, 2nd Floor
         Brownsville, Texas 78520
         (956) 548-2701

**BY ORDER OF THE COURT**

February 22, 2002

cc:   Counsel of Record