/2

```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
ERO                :    G Mendieta
CSO                :    Haroldsom
Law Clerk          :    R Byrd
Date               :    February 25, 2002 at 2:50 p.m.
----------------------------------------------------------------
CIVIL CASE NO.  b-01-182 (636(C))

Rodolfo Cisneros                          *        C Cisneros
                                          *
vs                                        *
                                          *
Patricia Maria Del Carmen Maldonado              R Whittington
Gutierrezz et al                                 F Zabarte
----------------------------------------------------------------
```

United States District Court
Southern ...

FEB 25 2002

Michael N. Milby, Clerk of Court

## INITIAL PRETRIAL CONFERENCE AND MOTION HEARING

Attorney, Carlos Cisneros present with petitioner;
Attorneys, Whittington and Zabarte present for respondent;

The Court states there is a pending Motion to Dismiss which the Court wishes to address;
Both counsel states they are not ready for this hearing and were not notified the Motion for Dismissal was set for today;
The Court states it is customary of the Court to take up all pending matters with any Pretrial Conference;
The Court states the law clerk, R Bryd will assist them with a scheduling order and the Court reserves the right to rule on the Motion for Dismissal;

Court adjourned.