IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 0 9 2002
Michael N. Milby
Clerk of Court

| | |
|---|---|
| RODOLFO CISNEROS D/B/A § <br> AAA ESTRELLA BLANCA § <br> PLAINTIFF § <br> § <br> VS. § <br> § <br> § <br> PATRICIA MARIA DEL CARMEN § <br> MALDONADO GUTIERREZ as § <br> Agent for "CNA MEXICO S.DE R.L. § <br> DE C.V.." "CNA MEXICO S.DE R.L. § <br> DE C.V." | CIVIL ACTION NO. B-01-182 |

### AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff, RODOLFO CISNEROS D/B/A AAA ESTRELLA BLANCA, and Defendant, PATRICIA MARIA DEL CARMEN MALDONADO GUTIERREZ as Agent for "CNA MEXICO S. DE R.L. DE C.V." "CNA MEXICO S.DE R.L. DE C.V.", by and through their respective attorneys of record, and file this their Motion to Dismiss, and in support thereof would show as follows:

I.

All matters in the above-mentioned cause have been compromised and settled, and the parties have agreed that the cause be dismissed with prejudice as to Defendant, PATRICIA MARIA DEL CARMEN MALDONADO GUTIERREZ as Agent for "CNA MEXICO S. DE R.L. DE C.V." "CNA MEXICO S.DE R.L. DE C.V.", and that the parties be responsible for their own court costs.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request this honorable court to grant their motion to dismiss and for such other and further relief, at law and in equity, to which they may be justly entitled.

Respectfully submitted,

Carlos H. Cisneros
CISNEROS & MATTINGLY, P.C.
845 E. Harrison, Suite A
Brownsville, Texas 78520
Tel: 956/504-2260
Fax: 956/504-5988

By: _____
Carlos H. Cisneros
State Bar No.
Federal No.

SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, L.L.P
100 North Expressway 83
Brownsville, Texas  78521-2284
Telephone: (956) 546-3731
Telecopier: (956) 546-3766

By: _____
Francisco J. Zabarte
State Bar No. 22235300
Federal No. 10747

BY: _____
Robert A. Whittington
State Bar No. 21404700
Federal No. 2202

ATTORNEYS FOR DEFENDANTS
PATRICIA MARIA DEL CARMEN MALDONADO GUTIERREZ As Agent for "CNA MEXICO S.DE R.L. DE C.V.." and "CNA MEXICO S.DE R.L. DE C.V."