```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk   :   M Garcia
Court Reporter    :   E Schwab
Law Clerk         :   R Bryd
CSO               :   T Yanez

Date              :   March 25, 2002 at 2:30 p.m.
```

---

CIVIL CASE NO. B-01-182

Rodolfo Cisneros dba Estrella Blanca          C Cisneros
                                              C Mattingley

vs

Patricia Maria del Carmen Maldonado           F Zabarte
et al                                         R Whittington

---

## DEFT'S MOTION TO DISMISS

Carlos Cisneros present with the plaintiff's; F Zabarte present with defendant's;
Carlos Cisneros states they are in the middle of settling this case;
The Court proceeds to hear arguments;

F Zabarte produces documents that have been interpreted by Sandra Cortez;
Court raises the fact that said interpreter is the interpreter for the Court;

The Court strikes interpretation by Sandra Cortez and accepts interpretation by Counsel of the United States in Mexico;

F Zabarte states there is ongoing litigation in Mexico; Profers copy of suit to the Court;

The Court recess: 2:45 p.m.
Court resumes: 3:48 p.m.

F Zabarte states his clients will pose a bond in the amount of $50,000 and property will be released;

The Court seeing that the parties are attempting to resolve this issue, will recess this matter;
The Court understands that a $50,000 surety/cash bond will be posted with the Clerk's office, therefore releasing property; The Parties will continue to negotiate and will file a report to the Court by 4/26 as to the status of the negotiations; The Court will determine, if necessary, a hearing on the Motion to Dismiss; Status hearing set for 4/26/02 at 9:00 a.m.;

Court adjourned.