United States District Court
Southern District of Texas
ENTERED
APR 11 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RODOLFO CISNEROS D/B/A | § | |
| AAA ESTRELLA BLANCA | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-182 |
| | § | **(636(c))** |
| | § | |
| PATRICIA MARIA DEL CARMEN | § | |
| MALDONADO GUTIERREZ as | § | |
| Agent for "CNA MEXICO S.DE R.L. | § | |
| DE C.V.." "CNA MEXICO S.DE R.L. | § | |
| DE C.V." | | |

## AGREED ORDER OF DISMISSAL

The Plaintiff, RODOLFO CISNEROS D/B/A AAA ESTRELLA BLANCA, and the Defendant, PATRICIA MARIA DEL CARMEN MALDONADO GUTIERREZ as Agent for "CNA MEXICO S. DE R.L. DE C.V." "CNA MEXICO S.DE R.L. DE C.V.", by and through their respective attorneys of record, inform the Court that all matters in the above-mentioned case have been compromised and settled; and having agreed that this cause be dismissed with prejudice as to Defendant, PATRICIA MARIA DEL CARMEN MALDONADO GUTIERREZ as Agent for "CNA MEXICO S. DE R.L. DE C.V." "CNA MEXICO S.DE R.L. DE C.V."; and having agreed that the parties will be responsible for their own court costs; and it appearing to the Court that the agreed dismissal with prejudice should be made as prayed, now, it is, therefore,

ORDERED, ADJUDGED and DECREED that this case be dismissed with prejudice as to the Defendant, PATRICIA MARIA DEL CARMEN MALDONADO GUTIERREZ as Agent for "CNA MEXICO S. DE R.L. DE C.V." "CNA MEXICO

S. DE R.L. DE C.V.", and that the parties shall be responsible for their own court costs.

SIGNED this \_\_11th\_\_ day of \_\_April\_\_, 2002.

_____
JUDGE PRESIDING


AGREED TO AND APPROVED:

Carlos H. Cisneros
CISNEROS & MATTINGLY, P.C.
845 E. Harrison, Suite A
Brownsville, Texas 78520
Tel: 956/504-2260
Fax: 956/504-5988

By: _____
    Carlos H. Cisneros
    State Bar No. 00793508
    Federal No. 21865

SANCHEZ, WHITTINGTON, JANIS
        & ZABARTE, L.L.P
100 North Expressway 83
Brownsville, Texas  78521-2284
Telephone: (956) 546-3731
Telecopier: (956) 546-3766

By: _____
    Francisco J. Zabarte

State Bar No. 22235300
Federal No. 10747

BY: *Robert Whittington w/ permission*
Robert A. Whittington
State Bar No. 21404700
Federal No. 2202

ATTORNEYS FOR DEFENDANTS
PATRICIA MARIA DEL CARMEN
MALDONADO GUTIERREZ
As Agent for "CNA MEXICO S.
DE R.L. DE C.V.." and
"CNA MEXICO S.DE R.L. DE C.V."