IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**OCT 1 7 2002**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RODOLFO CISNEROS D/B/A<br>AAA ESTRELLA BLANCA<br>PLAINTIFF | § § § § | |
| VS. | § § § § | CIVIL ACTION NO. B-01-182 |
| PATRICIA MARIA DEL CARMEN<br>MALDONADO GUTIERREZ as<br>Agent for "CNA MEXICO S.DE R.L.<br>DE C.V.." "CNA MEXICO S.DE R.L.<br>DE C.V." | § § § § § § | |

---

### MOTION TO ORDER RODOLFO CISNEROS D/B/A AAA ESTRELLA BLANCA TO ABIDE BY THE PROVISIONS IN THE GENERAL, FULL AND FINAL RELEASE OF ALL CLAIMS AND INDEMNITY AGREEMENT

---

1.    *Parties.*    Movant is Patricia Maldonado, as Agent of CNA Mexico S. de R.L. de C.V., CNA Mexico S. de R.L. de C.V., Defendant in this cause, who moves that Respondent, Rodolfo Cisneros d/b/a AAA Estrella Blanca, Plaintiff in this cause, to be ordered to execute settlement documents as agreed and in compliance with the release signed by the parties in this case.

2.    *Facts.*    On April 2, 2002 Plaintiff signed the General, Full and Final Release of All Claims and Indemnity Agreement. Paragraph 15 states that "The Parties hereby agree to cease and desist from further litigation in all lawsuits and dismiss with prejudice all lawsuits which are pending in Mexico as well as the lawsuit pending in the U.S. District Court in the Southern District of Texas, Brownsville, Division."

On July 30, 2002, Movant's attorney delivered to Plaintiff's attorney four original (translated) releases to be signed by Plaintiff for filing with the Court in Mexico to dismiss the lawsuit which is pending in Mexico. As of this date, Plaintiff has not complied with said request, and has not cooperated and/or forwarded said documentation to Movant's attorney.

3.    *Attorney's Fees.*    As a result of Respondent's failure abide by the terms of this

agreement and release Movant was compelled to bring this Motion to the attention of this Honorable Court. Movant hereby requests reasonable expenses and attorney's fees incurred in bringing this motion. Reasonable attorney's fees for the services rendered in this matter are at least $500.00.

4.    *Prayer.*        Movant prays that-

a.    the Court set this matter for hearing;

b.    Respondent be ordered to appear;

c.    Respondent be required to execute the documents referred to herein in compliance with the agreement and release

d.    Respondent be required to pay reasonable expenses incurred by Movant in making this motion and obtaining an appropriate order from the Court;

e.    Respondent be required to pay at least $500.00 as reasonable attorney's fees incurred by Movant in making this motion and obtaining an appropriate order from this Court; and

f.    Movant be granted all further relief at law and in equity, to which Movant may be justly entitled.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, L.L.P.

By: _____
        Francisco J. Zabarte
        Texas Bar No. 22235300
        Federal Bar No. 10747
        100 North Expressway 83
        Brownsville, Texas 78521
        Telephone: (956)546-3731
        Facsimile: (956)546-3765
        Attorney for Movant

## CERTIFICATE OF CONFERENCE

I certify that a reasonable effort has been made to resolve this dispute without the necessity of court intervention and has failed.

_____

Francisco J. Zabarte

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RODOLFO CISNEROS D/B/A          §
AAA ESTRELLA BLANCA             §
PLAINTIFF                       §
                                §
VS.                             §          CIVIL ACTION NO. B-01-182
                                §
                                §
PATRICIA MARIA DEL CARMEN       §
MALDONADO GUTIERREZ as          §
Agent for "CNA MEXICO S.DE R.L. §
DE C.V.." "CNA MEXICO S.DE R.L. §
DE C.V."

---

## ORDER

---

It is ORDERED that the clerk issue notice to Respondent, Rodolfo Cisneros d/b/a AAA

Estrella Blanca, to appear, and Respondent is hereby ordered to appear before this Court on October

_____,2002 at _____. m., for a hearing on Defendant's Motion to Order Rodolfo Cisneros

s/b/a AAA Estrella Blanca to Abide by the Provision in the General, Full and Final Release of All

Claims, and Indemnity Agreement and for Sanctions.


        SIGNED on _____, 2002.



                                    _____
                                    U. S. JUDGE PRESIDING