IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RODOLFO CISNEROS D/B/A<br>AAA ESTRELLA BLANCA<br>PLAINTIFF<br><br>VS.<br><br>PATRICIA MARIA DEL CARMEN<br>MALDONADO GUTIERREZ as<br>Agent for "CNA MEXICO S.DE R.L.<br>DE C.V.." "CNA MEXICO S.DE R.L.<br>DE C.V." | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-01-182<br>(636(c)) |

## ORDER

It is ORDERED that the clerk issue notice to Respondent, Rodolfo Cisneros d/b/a AAA Estrella Blanca, to appear, and Respondent is hereby ordered to appear before this Court on October __31__, 2002 at __9:00__ a. m., for a hearing on Defendant's Motion to Order Rodolfo Cisneros s/b/a AAA Estrella Blanca to Abide by the Provision in the General, Full and Final Release of All Claims, and Indemnity Agreement and for Sanctions.

SIGNED on __10-23-02__, 2002.

U. S. JUDGE PRESIDING