COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   **Southern District of Texas, Brownsville Division**

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | R Nieto |
| CSO | : | Salinas |
| Law Clerk | : | R Bryd |
| Interpreter | : | K Pena, present not needed |
| Date | : | **October 31, 2002 at 9:05 a.m.** |

United States District Court
Southern District of Texas
FILED
OCT 3 1 2002
Michael N. Milby
Clerk of Court

**CIVIL CASE NO. B-01-182 (636(c))**

Rodolfo Cisneros, dba AA Estrella Blanca     *     C Cisneros

vs     *

Patricia Maria Del Carmen Maldonado     *     F Zabarte
Gutierrez et al

## Motion Hearing

Carlos Cisneros present wih Rodolfo Cisneros;
Francisco Zabarte present for Patricia Maria Del Carmen Maldonado Gutierrez et al;

Zabarte states that as part of settlement, the parties agreed to dismiss both lawsuits pending in both venues;
Zabarte further states a release was signed here in the United States and now Plaintiff is refusing to sign translation of the Mexican documents;

Cisneros states the closing of the lawsuit in Mexico requires the defendant dismiss the lawsuit in Mexico and does not require a translation; Further states his client has never been served with this case in Mexico;
Cisneros states there are admissions in the translation that can be used against his client in a criminal proceeding;
Cisneros suggests an addendum be attached to the translation with the understanding there will be no criminal proceedings;

The Court states there is nothing left to do in this case;

Cisneros states there is nothing in the settlement agreement forcing his client to sign this translation;

The Court states that at this point there is nothing to do;

Court adjourned.